UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| RYAN JARARD RUNNELS<br>SSN: xxx-xx-9513<br>BRENDA KAY RUNNELS<br>SSN: xxx-xx-9126<br>Debtors | CASE NUMBER:  05-34759<br>CHAPTER 13 |

**NOTICE TO UPFRONT REWARDS CARD SERVICES THAT $340.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK**

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Upfront Rewards Card Services, creditor herein, and deposits $340.00 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. The last known address for Upfront Rewards Card Services was:

    PO Box 888377
    Grand Rapids, MI 49588-8377

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster or have not been negotiated.

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: **3-12-10**

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice was sent on **3-12-10**

By U. S. Mail to the following:

Debtor(s):  Ryan & Brenda Runnels, 3921 N. 350 East, Rolling Prairie, IN 46371
Creditor:  Upfront Rewards Card Services, PO Box 888377, Grand Rapids, MI 49588-8377

By electronic e-mail to the following:
U.S. Trustee
Debtors' Attorney:  Amber Blackford

/s/ Debra L. Miller, Trustee
By:  Rosemary Ward-Wilson